# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRAD MROZEK,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>OFFICER AMAYA, et al.,<br><br>　　　　　Defendants.<br>_____/ | Case No. 1:16-cv-01308-SKO<br><br>**ORDER DISMISSING DEFENDANT CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION**<br><br>**(Doc. 19)** |

On April 7, 2017, Plaintiff filed a Notice of Voluntary Dismissal Pursuant to F.R.C.P. 41(a)(2) (the "Motion"), in which Plaintiff requests that the Court dismiss Defendant California Department of Corrections and Rehabilitation. (Doc. 19.) The remaining Defendants consented to the dismissal of Defendant California Department of Corrections and Rehabilitation during the April 6, 2017 scheduling conference in this matter. Absent any objection to the dismissal of Defendant California Department of Corrections and Rehabilitation, the Court finds that the Motion has merit. *See, e.g.*, *Smith v. Lenches*, 263 F.3d 972, 975 (9th Cir. 2001) ("A district court should grant a motion for voluntary dismissal under Rule 41(a)(2) unless a defendant can show that it will suffer some plain legal prejudice as a result." (citation omitted)). Accordingly, the Court GRANTS the Motion, (Doc. 19), and DISMISSES Defendant California Department of

//

Corrections and Rehabilitation from this case.

IT IS SO ORDERED.

Dated: **April 10, 2017**        /s/ *Sheila K. Oberto*
                                 UNITED STATES MAGISTRATE JUDGE