IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **BRAD MROZEK,**<br><br>　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>**CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,**<br><br>　　　　　　　　　　Defendants, | No. 1:16-cv-01308 SKO<br><br>**ORDER GRANTING DEFENDANTS' REQUEST FOR ANOTHER ATTORNEY TO ATTEND THE SETTLEMENT CONFERENCE ON THEIR BEHALF** |

　　Good cause appearing, Defendants request to excuse the personal appearance of Diana Esquivel, their attorney of record, at the March 13, 2016 Settlement Conference is GRANTED.

　　Another Deputy Attorney General from the Office of the Attorney General for the State of California shall personally appear at the Settlement Conference. To the extent possible, Ms. Esquivel will make herself available by telephone during the Settlement Conference.

IT IS SO ORDERED.

　　Dated:　**February 28, 2018**　　　　　　　/s/ Erica P. Grosjean
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1