UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRAD MROZEK,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>OFFICER AMAYA, et al.,<br><br>　　　　　　Defendants. | No. 1:16-cv-01308-SKO<br><br>ORDER DIRECTING THE CLERK OF THE COURT TO CLOSE THE CASE<br><br>(Doc. 40) |

On April 9, 2018, the parties filed a joint stipulation dismissing the action with prejudice. (Doc. 40.) In light of the parties' stipulation, this action has been terminated, *see* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed with prejudice. Accordingly, the Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: **April 9, 2018**　　　　　　　　　　／s/ *Sheila K. Oberto*
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE